**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THADDEAUS LOVE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SHERIFF JIM MCDONNELL,<br><br>　　　　Respondent. | NO. CV 17-5356-ODW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 22, 2018.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE